AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company <br><br> *Plaintiff(s)* <br><br> v. <br><br> CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company <br><br> *Defendant(s)* | Civil Action No. 2:24-cv-01590 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* CVS Health Corporation
THE CORPORATION TRUST COMPANY
CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE 19801

Asembia, LLC
CORPORATION SERVICE COMPANY
251 LITTLE FALLS DRIVE WILMINGTON, DE 19808

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   F. Christopher Austin
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas NV 89144

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 8/28/2024

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*