Chad R. Fears, Esq. (SBN 6970)
**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com

*Attorneys for Defendants CVS Health Corporation and Asembia, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>**(SECOND REQUEST)** |

Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff and Defendants (collectively "The Parties"), through their counsel, respectively submit the following Motion for Extension of Time For Defendants to File Responsive Pleading (Second Request).

Plaintiff served Defendants with the Summons and Complaint in this matter on September 3, 2024, with an original responsive pleading deadline of September 24, 2024 [*see* ECF No. 5]. The parties then stipulated to an extension of Defendants' response deadline until October 24, 2024 [ECF No. 7], which the Court granted in its September 25, 2024 minute order [ECF NO. 8]. On October 16, 2024, Plaintiff filed its First Amended Complaint [ECF No. 9]. Pursuant to Fed. R. Civ. P. 15(a)(3), this set the responsive pleading deadline to October 30, 2024.

Defendants' national counsel has requested certified copies of the deposits associated with the registered works at issue in this case (Reg. Nos. TX0008285390 and TX0008632533) from the United States Copyright Office.  Defendants require this information in order to adequately respond to Plaintiff's First Amended Complaint.  At this time, Defendants have still not received the requested copies of the deposited works from the United States Copyright Office.

Accordingly, the parties jointly request that the deadline for Defendants to answer or move in response to the First Amended Complaint be extended until November 13, 2024.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the Court extend the deadline for Defendants to answer or move in response to the First Amended Complaint in this action from October 30, 2024 to **November 13, 2024**.  **This is the second stipulation for an extension of time for Defendants to file a responsive pleading, and the first stipulation for an extension of time for Defendants to respond to the operative First Amended Complaint.**

Respectfully submitted this 28th day of October 2024.

| WEIDE & MILLER, LTD. | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
|---|---|
| By: */s/ F. Christopher Austin*<br>F. Christopher Austin, Esq.<br>10655 Park Run Drive, Suite 100<br>Las Vegas, Nevada 891044<br>*Attorneys for Plaintiff* | By: */s/ Chad R. Fears*<br>Chad R. Fears, Esq.<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV  89119<br>(702) 805-0215<br>*Attorneys for Defendants* |

**IT IS SO ORDERED**.

Dated: October 29, 2024

~~UNITED STATES DISTRICT JUDGE~~
**UNITED STATES MAGISTRATE JUDGE**

- 2 -