1  Chad R. Fears, Esq. (SBN 6970)
2  **EVANS FEARS SCHUTTERT MCNULTY MICKUS**
   6720 Via Austi Parkway, Suite 300
3  Las Vegas, Nevada 89119
   Telephone:  702-805-0290
4  Facsimile:  702-805-0291
   Email: cfears@efsmmlaw.com
5
   *Attorneys for Defendants CVS Health*
6  *Corporation and Asembia, LLC*

7

8              **UNITED STATES DISTRICT COURT**

9                    **DISTRICT OF NEVADA**

10

| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01590-JCM-NJK<br><br>**JOINT STIPULATION AND ORDER FOR EXTENSION OF BRIEFING SCHEDULE ON DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |
|---|---|

    Pursuant to LR IA 6-1, LR IA 6-2 and LR 7-1, Plaintiff and Defendants (collectively "The Parties"), through their counsel, respectfully submit the following Joint Stipulation and [Proposed] Order for Extension of Briefing Schedule on Defendants' Partial Motion to Dismiss (First Request).

    Defendants filed their Partial Motion to Dismiss in this matter on November 13, 2024, with an opposition deadline of November 27, 2024 [*see* ECF No. 12] and a reply deadline of December 4, 2024.

    Given the upcoming Thanksgiving holidays and counsel's travel plans, the parties jointly request that the deadline for Plaintiffs to file their opposition be extended until December 6, 2024 and the deadline for Defendants to file their reply be extended until December 17, 2024.

|   |   |
|---|---|
| 1 | |
| 2 | |
| ... | |

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the Court extend the deadline for Plaintiffs to file their opposition until December 6, 2024 and the deadline for Defendants to file their reply be extended until December 17, 2024.

Respectfully submitted this 24th day of November, 2024.

| WEIDE & MILLER, LTD. | EVANS FEARS SCHUTTERT MCNULTY MICKUS |
|---|---|
| By: */s/ F. Christopher Austin* <br> F. Christopher Austin, Esq. <br> 10655 Park Run Drive, Suite 100 <br> Las Vegas, Nevada 891044 <br> *Attorneys for Plaintiff* | By: */s/ Chad R. Fears* <br> Chad R. Fears, Esq. <br> 6720 Via Austi Parkway, Suite 300 <br> Las Vegas, NV 89119 <br> (702) 805-0215 <br> *Attorneys for Defendants* |

**IT IS SO ORDERED**.

Dated: November 25, 2024

_____
UNITED STATES DISTRICT JUDGE

Case No. 2:24-cv-01590-JCM-NJK

- 2 -