F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company.<br><br>Defendants. | Case No.: 2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' PARTIAL MOTION TO DISMISS**<br><br>**(Second Request)** |

Pursuant to Local Rule IA 6-1, LR IA 6-2 AND LR 7-1, Plaintiff Adherence d/b/a of Morisky Medication Adherence Research LLC., and Defendants CVS Health Corporation and Asembia, LLC (collectively "Parties"), by and through their undersigned counsel, stipulate to an order resetting the briefing schedule on Defendant's Partial Motion to Dismiss (ECF 12). This stipulation will have the effect of extending the deadline for Plaintiff to file its opposition to Defendant's Partial Motion to Dismiss (ECF 12) from December 6, 2024 to December 13, 2024, and extending the deadline for Defendants to file their reply from December 17, 2024 to January 3, 2025. This is the second request for such an extension.

This request is made to accommodate scheduling conflicts of the respective counsel that have arisen as matters were rescheduled following the Thanksgiving holiday, as well as travel and vacation plans over the upcoming Christmas and New Year's holidays. Counsel represent that

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-1884                                    1                        Stipulation and Order to Set Briefing

this request is not made for any improper purpose and that the requested extension will not prejudice the Parties or unduly delay this matter.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the deadline for Plaintiff to file an opposition to the Motion to Dismiss in this action be extended from December 6, 2024 to **December 13, 2024** and that the deadline for Defendants to file their reply be extended from December 17, 2024 to **January 3, 2025**.

Dated: December 04, 2024

**WEIDE & MILLER, LTD.**

/s/ F. Christopher Austin
F. Christopher Austin, Esq.
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Plaintiff*

**EVANS FEARS SCHUTTERT McNULTY MICKUS**

/s/ Chad R. Fears
Chad R. Fears, Esq.
cfears@efsmmlaw.com
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0215

*Attorney for Defendants*

**IT IS SO ORDERED**

Dated: December 6, 2024.

_____
UNITED STATES DISTRICT COURT JUDGE

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-1884    2    Stipulation and Order to Set Briefing