F. Christopher Austin (Nevada Bar No. 6559)
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Telephone: (702) 382-4804
Facsimile: (702) 382-4805

*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company.<br><br>Defendants. | Case No.:  2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' PARTIAL MOTION TO DISMISS TO PURSUE SETTLEMENT DISCUSSIONS**<br><br>**(Third Request)** |

Pursuant to Local Rule IA 6-1, LR IA 6-2 AND LR 7-1, Plaintiff Adherence d/b/a of Morisky Medication Adherence Research LLC., and Defendants CVS Health Corporation and Asembia, LLC (collectively "Parties"), by and through their undersigned counsel, stipulate to an order extending the briefing schedule on Defendants' Partial Motion to Dismiss (ECF 12) to permit the parties to engage in meaningful settlement discussions.  This stipulation would extend Plaintiff's deadline to file its opposition to Defendants' Partial Motion to Dismiss (ECF 12) from December 13, 2024 to January 24, 2025, and extend Defendants' reply deadline from January 3, 2025 to February 7, 2025. This is the third request for such an extension.

On December 12, 2024, counsel for the parties engaged in a Rule 26(f) scheduling conference.  In the course of that conference counsel outlined a potential framework for engaging in meaningful settlement discussions; however, the pending motion briefing schedule and the

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

FCA-w-1884                                                   1                              Stipulation and Order to Set Briefing

upcoming holidays will adversely impact their expected abilities to so engage. Accordingly, at the conclusion of that conference and in consultation with respective counsel, the parties seek an extension of the briefing schedule to facilitate meaningful settlement efforts over the course of approximately 30 days (excluding holidays and vacations). This request is made in good faith and expressly for that purpose. Counsel represent that this request is not made for any improper purpose and that the requested extension will not prejudice the Parties or unduly delay this matter.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the deadline for Plaintiff to file an opposition to the Motion to Dismiss in this action be extended from December 13, 2024 to **January 24, 2025** and that the deadline for Defendants to file their reply be extended from January 3, 2025 to **February 7, 2025**.

Dated: December 13, 2024

**WEIDE & MILLER, LTD.**

*/s/ F. Christopher Austin*
F. Christopher Austin, Esq.
caustin@weidemiller.com
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144

*Attorney for Plaintiff*

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

*/s/ Chad R. Fears*
Chad R. Fears, Esq.
cfears@efsmmlaw.com
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
702-805-0215

*Attorney for Defendants*

**IT IS SO ORDERED**

Dated: December 18, 2024.

UNITED STATES DISTRICT JUDGE