UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br><br>　　　Plaintiff(s),<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>　　　Defendant(s). | Case No. 2:24-cv-01590-JCM-NJK<br><br>**Order**<br><br>[Docket No. 23] |

Pending before the Court is a stipulation to extend by 46 days the deadline to file a discovery plan. Docket No. 23.

The gist of the request is that the parties want to focus on settlement discussions and briefing a motion to dismiss rather than on formulating a discovery plan and exchanging initial disclosures.[1] The stipulation also notes difficulties given holiday vacation schedules. Settlement discussions are a common feature of federal litigation that should not stultify the case. *See Williams v. James River Grp. Inc.*, 627 F. Supp. 3d 1172, 1181 (D. Nev. 2022). Moreover, while the stipulation identifies various tasks on which counsel want to focus, the stipulation fails to explain sufficiently why they cannot be addressed at the same time. Litigation generally requires walking and chewing gum. In short, sufficient justification has not been shown to extend this routine deadline by a month and a half. In light of holiday schedules and as a courtesy to counsel, however, the Court will allow a 14-day extension.

---

[1] The requirement to exchange initial disclosures is triggered by holding the Rule 26(f) conference, which was held in this case weeks ago. *See* Fed. R. Civ. P. 26(a)(1)(C). Hence, extending the deadline to file the discovery plan does not actually impact the time for exchanging initial disclosures.

1

1      Accordingly, the Court **GRANTS** in part and **DENIES** in part the stipulation to extend the
2 deadline to file a discovery plan.  The parties must file a discovery plan by January 13, 2025.
3      IT IS SO ORDERED.
4      Dated: December 31, 2024

                                                     _____
                                                     Nancy J. Koppe
                                                     United States Magistrate Judge