F. Christopher Austin (Nevada Bar No. 6559)
caustin@swkaw.com
**SNELL & WILMER L.L.P.**
1700 S Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) -784-5336

*Attorney for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS HEALTH CORPORATION, a Delaware corporation; and ASEMBIA, LLC, a Delaware limited liability company.<br><br>Defendants. | Case No.:  2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND ORDER TO EXTEND BRIEFING SCHEDULE ON DEFENDANTS' PARTIAL MOTION TO DISMISS (ECF 12)**<br><br>**(Fourth Request)** |

Pursuant to Local Rule IA 6-1 and 6-2 and LR 7-1, Plaintiff Adherence d/b/a of Morisky Medication Adherence Research LLC., and Defendants CVS Health Corporation and Asembia, LLC (collectively "Parties"), by and through their undersigned counsel, stipulate to an order resetting the briefing schedule on Defendants' Partial Motion to Dismiss (ECF 12) to accommodate the transition of Plaintiff's counsel and law firm to a new firm.  This stipulation will have the effect of extending the deadline for Plaintiff to file its opposition one week from January 24, 2025, to January 31, 2025, and of extending the deadline for Defendants to file their reply from February 7, 2025, to February 28, 20225. This is the fourth request for such an extension.

The previous extension (ECF 22) was granted to permit the parties to engage in settlement discussions, and while such discussions commenced and will continue, the parties were not able to reach agreement before the current deadline. Plaintiff's counsel is requesting this brief

1  extension due to the recent acquisition of his firm Weide & Miller, Ltd., by Snell & Wilmer LLP
2  This transition is ongoing and has required a significant time commitment from Plaintiffs counsel
3  both during and after working hours and through weekends, including the transfer and uploading
4  of all records, and files on the Weide & Miller server, and the removal, scanning and relocation
5  of physical files, office furniture and equipment, all of which is scheduled to conclude the
6  weekend of January 24-26, 2025.  The disruption of this transition has materially precluded
7  Plaintiff's counsel from being able to prepare a responsive brief by the current deadline.

8       Defense counsel, in turn, requests a deadline of February 28 for the reply brief as lead
9  national counsel for the defendants will be travelling internationally on a pre-planned trip between
10 February 7 and February 22.  Counsel respectfully states that this travel was planned in accordance
11 with the prior briefing schedule ordered by the Court on December 18, 2022 (ECF 22) and cannot
12 be rescheduled at this time.

13      Defendants' counsel has professionally cooperated with Plaintiff's counsel in this process
14 by stipulating to the present short extension to accommodate this transition.  Counsel represent
15 that this request is not made for any improper purpose and that the requested extension will not
16 prejudice the Parties or unduly delay this matter.

17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties that the deadline for Plaintiff to file an opposition to the Partial Motion to Dismiss in this action be extended one week from January 24, 2025, to **January 31, 2025**, and that the deadline for Defendants to file their reply be extended from February 7, 2025, to **February 28, 2025**.

Dated: January 24, 2025.

| | |
|---|---|
| **SNELL & WILMER L.L.P.** | **EVANS FEARS SCHUTTERT MCNULTY MICKUS** |
| By: /S/ F. Christopher Austin<br>F. Christopher Austin, Esq.<br>caustin@sandwlaw.com<br>1700 S Pavilion Center Drive, Suite 700<br>Las Vegas, NV 89135<br>702-784-5336 | By: /S/ Chad R. Fears<br>Chad R. Fears, Esq.<br>6720 Via Austi Parkway, Suite 300<br>Las Vegas, NV 89119<br>702-805-0215 |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

**IT IS SO ORDERED**

Dated January 31, 2025.

_____
UNITED STATES DISTRICT JUDGE