# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br>    Plaintiff,<br>v.<br>CVS HEALTH CORPORATION, *et al.*,<br>    Defendants. | Case No. 2:24-cv-01590-JCM-NJK<br>**Order**<br>[Docket Nos. 34, 35, 36] |

On March 14, 2025, Plaintiff filed a motion to reopen and extend case management deadlines. Docket No. 34. That motion gave the impression that it was unopposed. *See id.* at 2 ("While Defense counsel did not indicate any opposition to such an extension, counsel stated they would not join a request to extend because they believed such a request was futile given the lack of discovery to date" (emphasis added)). Based on that understanding, the Court granted the motion as a courtesy. Docket No. 35. Defendants have since filed a motion for reconsideration indicating that they in fact oppose the motion to reopen and extend. Docket No. 36.

In light of the circumstances, the Court **VACATES** the order granting the motion to extend. Docket No. 35. The Court will treat the motion for reconsideration (Docket No. 36) as a response in opposition to the motion to extend. Plaintiff must file a reply by April 1, 2025.

In light of this order, the Clerk's Office is **INSTRUCTED** to reactivate the motion to reopen and extend (Docket No. 34) and to terminate the motion for reconsideration (Docket No. 36).

IT IS SO ORDERED.

Dated: March 24, 2025

_____
Nancy J. Koppe
United States Magistrate Judge