# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>CVS PHARMACY, INC., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01590-JCM-NJK<br><br>**Order**<br><br>[Docket No. 46] |

Pending before the Court is a stipulation regarding the designation and treatment of confidential discovery material. Docket No. 46. Unless such agreement interferes with court proceedings or deadlines, parties may stipulate to discovery procedures without obtaining judicial approval. Fed. R. Civ. P. 29. No showing has been made as to why judicial oversight is required for the parties' agreement on designation and treatment of confidential discovery material. Accordingly, the stipulation regarding designation and treatment of confidential discovery material is **DENIED** without prejudice.

IT IS SO ORDERED.

Dated: April 9, 2025

_____
Nancy J. Koppe
United States Magistrate Judge