# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br>    Plaintiff,<br>v.<br>CVS HEALTH CORPORATION, *et al.*,<br>    Defendants. | Case No. 2:24-cv-01590-JCM-NJK<br>**Order**<br>[Docket No. 55] |

Pending before the Court is Plaintiff's motion to extend case management deadlines by 60 days. Docket No. 55. The parties previously stipulated to the same relief, Docket No. 49, which was denied without prejudice, Docket No. 50. The basic gist of the request is that more time is needed because the litigants failed in their obligation to cooperate with one another, which has led to a delay in producing documents while the parties fight unnecessarily about a protective order despite already agreeing to one.[1] Both sides failing in their professional obligations is assuredly not good cause to modify the case management schedule, but the Court will afford the relief sought as a final courtesy in light of the circumstances.[2]

Accordingly, the motion is **GRANTED**. Case management deadlines are **RESET** as follows:

- Amend pleadings/ add parties:  closed
- Initial experts:  July 11, 2025
- Rebuttal experts:  August 12, 2025
- Discovery cutoff:  September 9, 2025

---

[1] Concurrently herewith, the Court issues a protective order.

[2] The Court declines to otherwise get into the weeds on this request.

1

- Dispositive motions: October 10, 2025
- Joint proposed pretrial order: November 10, 2025, or 30 days after resolution of dispositive motions

Counsel must use this additional time wisely and take all reasonable steps to meet the deadlines set herein. **THE COURT IS NOT INCLINED TO GRANT ANY FURTHER EXTENSIONS.**

IT IS SO ORDERED.

Dated: May 20, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

2