# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC<br><br>          Plaintiff(s),<br><br>vs.<br><br>CVS PHARMACY, Inc. and ASEMBIA, LLC<br><br>          Defendant(s). | Case #2:24-cv-01590-JCM-NJK<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**<br><br>FILING FEE IS $250.00 |

          Eric Rotteveel_____, Petitioner, respectfully represents to the Court:
          (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

          Dechert LLP
          (firm name)

with offices at     Cira Centre, 2929 Arch Street
          (street address)

Philadelphia, Pennsylvania, 19104-2808
(city)     (state)     (zip code)

(215) 994-4000, eric.rotteveel@dechert.com
(area code + telephone number)     (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

CVS Pharmacy, Inc. and Asembia, LLC to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

1      3.    That since ____October 22, 2024____, Petitioner has been and presently is a
                                                  (date)

2  member in good standing of the bar of the highest Court of the State of ____Pennsylvania____
                                                                                  (state)

3  where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or

4  from the clerk of the supreme court or highest admitting court of each state, territory, or insular

5  possession of the United States in which the applicant has been admitted to practice law certifying

6  the applicant's membership therein is in good standing.

7      4.    That Petitioner was admitted to practice before the following United States District

8  Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

9  of other States on the dates indicated for each, and that Petitioner is presently a member in good

10  standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| None. | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

19

20      5.    That there are or have been no disciplinary proceedings instituted against petitioner,

21  nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

22  or administrative body, or any resignation or termination in order to avoid disciplinary or

23  disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

State Bar of Pennsylvania

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF    Pennsylvania    )
                            )
COUNTY OF   Philadelphia    )

___Eric Rotteveel___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

17 day of June, 2025.

Megan Gentleman
_____
Notary Public or Clerk of Court

Commonwealth of Pennsylvania - Notary Seal
MEGAN GENTLEMAN - Notary Public
Philadelphia County
My Commission Expires September 29, 2026
Commission Number 1427702

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___Chad Fears___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___6720 Via Austi Parkway, Suite 300___
(street address)

___Las Vegas___, ___Nevada___, ___89119___
(city)          (state)          (zip code)

___(702) 805-0290___, ___cfears@efsmmlaw.com___
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Chad Fears_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Erich Rhynhart
(party's signature)

CVS Pharmacy, Inc.
(type or print party name, title)

_____
(party's signature)

Asembia, LLC
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Chad F.
Designated Resident Nevada Counsel's signature

6970                           cfears@efsmmlaw.com
Bar number                     Email address

APPROVED:

Dated: June 30, 2025.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Eric William Rotteveel, Esq.

#### DATE OF ADMISSION

#### October 22, 2024

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: May 12, 2025

Elizabeth E. Zisk
Chief Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** was served on counsel of record this 27th day of June, 2025, using the Court's CM/ECF System.

/s/ Faith Radford
An Employee of Evans Fears Schuttert McNulty Mickus

1