## INDEX OF EXHIBITS

| Exhibit | Description |
| --- | --- |
| 1 | License Agreement Between Adherence and Bordeaux University Hospital |
| 2 | License Agreement Between Adherence and Xenon Pharmaceuticals |
| 3 | License Agreement Between Adherence and Procare Health Iberia, S.L. |
| 4 | License Agreement Between Adherence and CSL Behring |
| 5 | License Agreement Between Morisky Medication Adherence Research, LLC and AssistRx, Inc. |
| 6 | License Agreement Between Morisky Medication Adherence Research, LLC and Axonal-Biostatem |
| 7 | June 14, 2025 LinkedIn post by Plaintiff Adherence |
| 8 | June 17, 2025 LinkedIn post by Plaintiff Adherence |
| 9 | June 25, 2025 Letter from Counsel from Jennifer Insley-Pruitt to counsel for Adherence |
| 10 | Updated June 14, 2025 LinkedIn post by Plaintiff Adherence |
| 11 | Updated June 17, 2025 LinkedIn post by Plaintiff Adherence |