# EXHIBIT 4



Companion# 182285

This license agreement, a grant of a non-exclusive, global license ("**License Agreement**") is made on the date of last signature ("**Effective Date**") between **CSL Behring** ("**Licensee**") with an office at **1020 First Avenue PO Box 61501 King of Prussia, PA 19406-0901 USA** on behalf of itself and its Affiliates and **Morisky Medication Adherence Research, LLC. dba adherence.** ("**Licensor**") with an office at **100 Oceangate 12th Floor, Long Beach CA 90802**.

1.   **Definitions**

"**MMAS-4**" means (i) the 4-item Morisky Medication Adherence Scale validated in:

>   **Morisky DE**, Green LW, Levine DM. Concurrent and Predictive Validity of a Self-Reported Measure of Medication Adherence and Long-Term Predictive Validity of Blood Pressure Control. Medical Care 1986.
>
>   **Morisky DE**, DiMatteo MR. Improving the measurement of self-reported medication nonadherence: Final response. J Clin Epidemio 2011; 64(3):262-263.

**Copyright: U.S. Reg. No. TX-8-285-390** (ii) derivatives of that Scale; and (iii) all coding and scoring criteria in connection with the foregoing (the "**Coding and Scoring Criteria**").

   a. "**Affiliate(s)**" means a person or an entity that controls, or is by, or is under common control with the subject person or entity. For purposes of this definition, the term "**control**" means the direct or indirect beneficial ownership of at least fifty percent (50%) of the voting interests (stock, membership interest, partnership interest, etc.) of, or at least fifty percent (50%) interest in the income of, such company or other business entity.
   b. "**Licensee**" means **CSL Behring** and its Affiliates.
   c. "**Assessments**" means each questionnaire administered to a given patient population.
   d. "**Full Study Title**" means "CSL312_4001, acronym GREAT
   e. "**Total # of patients screened**" means 200
   f. "**Total # of patients enrolled**" means 200
   g. "**Number of Administrations**" means 600

2.   **Description of Services**
   a. <u>License for MMAS-4</u>.  Licensor will provide Licensee with 1) authority and permission to use the MMAS-4 surveys for Licensee business use, including but not limited to mobile applications, web applications, clinical studies, and scientific research, and 2) access and authorization to use the scoring algorithm provided to Licensee through various means, including but not limited to API integration, CSV file with integrated scoring algorithm, and scoring on Licensor's platform. Under this license, at Licensee's discretion, Licensee's Partners may 1) use the MMAS-4 surveys for Licensee business use, including but not limited to mobile applications, web applications, clinical studies, and scientific research, and 2) access and use the scoring algorithm provided to Licensee through various means, including but not limited to API integration, CSV file with integrated scoring algorithm, and scoring on Licensor's platform.



Companion# 182285

3. **Ownership**

   Licensee acknowledges and agrees that the MMAS-4© Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, divulged, distributed, published, or otherwise exploited without the written permission of Licensor outside the scope of this License Agreement. Licensee fully understands and agrees pursuant to this License Agreement, the MMAS-4© can only be used by agents, employees or researchers of Licensee, or Licensee's Partners.

   Data obtained by Licensee or Licensee's Partners can be leveraged at the discretion of the Licensee or Licensee's partners, e.g. for providing personalized interventions and publishing research.

4. **Fees and Payment Terms**

   Licensee will have access to the following rate provided by the Licensor:

   1. Commercial License (Single) CSL312_4001, acronym GREAT
   2. Validated Translation Languages and countries of origin:
      requested (TBC): English/ USA, English/UK; Spanish/US, French/Canada, French/France, German/Germany, Italian/Italia, Japanese/Japan @**$550.00** each          QTY:8
   3. Assessments Number of participants: 200
      Number of administrations per participant: (TBC) 3 @**$20.00** each:          QTY: 600

   TRANSLATIONS: $4,400
   ASSESSMENTS:  $12,000

   TOTAL:          **$16,400.00**

   All fees are in US Dollars and exclusive of VAT. Any foreign tax will be added to the cost of the license. NET30.

5. **Confidentiality**
   a. A party will keep all non-public or proprietary information of the other party and their Affiliates disclosed in connection with this License Agreement, this License Agreement itself and its existence (collectively, "**Confidential Information**"), confidential and secure at all times.
   b. The receiving party will only use or disclose the Confidential Information of the other party for the purpose of this License Agreement, as required by law, regulation, or as otherwise agreed by the other party in writing.
   c. A party may share the Confidential Information on a need-to-know basis with its personnel, agents, advisors, subcontractors, or partners provided that such individuals have written confidentiality obligations at least as stringent as the terms of this License Agreement.
   d. The confidentiality obligations in this License Agreement continue for 5 years following

Companion# 182285

the expiry or termination of this License Agreement.
- e. A party acknowledges that the Confidential Information of the other party is proprietary to such party and nothing in this License Agreement grants to a party any right to the Confidential Information of the other party.
- f. A party will indemnify the other party from and against any liability, damages, costs, expenses, or claims arising from any breach of this clause by itself or personnel of the breaching party and indemnify for infringement or misappropriation of a third-party's intellectual property rights.

**6. Data Privacy**
- a. The parties acknowledge that the Services will not require the Processing of Personal Data under applicable Data Protection Laws.
- b. Licensor shall seek prior approval from Licensee to Process any Personal Data on behalf of a Licensee Partner. The licensor shall also, where required by applicable Data Protection Laws, enter into an appropriate data processing agreement with Licensee Partner.
- c. To the extent that Licensor will share anonymized Personal Data with Licensee, Licensor shall (i) ensure the Personal Data has been anonymized according to adequate anonymization standards and techniques to prevent re-identification of Personal Data and provide adequate details of the anonymization process to Licensee whenever requested; and (ii) ensure that no Personal Data will be transferred to Licensee by ensuring adequate training of its employees and implementing appropriate IT controls.
- d. To the extent that Personal Data may be shared between the parties in the context of the License Agreement, the parties undertake to comply with applicable Data Protection Laws. The parties agree and undertake that such Personal Data will only be Processed as far as is necessary and in order to fulfil the obligations as set out in the License Agreement.
- e. For the purpose of this Clause, the expressions "Data Protection Laws" shall mean any laws regulations and orders of any jurisdiction relating to the privacy, security, confidentiality and/or integrity of Personal Data that are applicable to the Processing of Personal Data under the License Agreement, including but not limited to the EU General Data Protection Regulation (2016/679); "Process, Processed, Processing", "Personal Data" and "Sensitive Personal Data" shall have the meaning given to them in the applicable Data Protection Laws. Except as stated otherwise, definitions above apply to all data privacy related provisions in the License Agreement or documents attached to the License Agreement.
- f. <u>Trademarks</u>.  Licensee acknowledges and agrees that Licensor is granting Licensee limited permission to use the Morisky name, brand, and trademarks including: Morisky Platform™, MMAS™, Morisky Medication Adherence Scale™ and translations of the MMAS™ trademark ("**Licensor's Trademarks**"). This limited permission does not grant Licensee the right to transfer use of the Licensor's Trademarks or grant Licensee any use of the Licensor's Trademarks beyond the rights authorized and/or contemplated by this License Agreement.
- g. <u>Guidelines</u>.  Licensee acknowledges and agrees to adhere to all the terms and requirements of the License Agreement including the copyright and trademark

100 Oceangate 12th Floor Long Beach, CA 90802
adherence.cc

Companion# 182285

    guidelines in Appendix 1 for the publications and poster presentation. Licensee further acknowledges and agrees that the guidelines provided in Appendix 1 must be included in all publications including manuscripts, research findings, journal articles, web postings, or other publications containing Morisky Platform and MMAS™ results.

h. <u>Reservation of Rights to Inspect</u>. The MMAS™ Assessments data and results generated by Licensee is the exclusive property of Licensee. Licensor reserves the right to inspect all deidentified MMAS™ Assessments data and results only in cases of administrative or scientific misconduct.

i. <u>Jurisdiction and Choice of Law</u>. The parties agree to remain silent on the License Agreement's governing law.

j. <u>Counterparts</u>. This License Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument.

**Authorization:** each individual signing this License Agreement represents and warrants that he/she has full authority and is duly authorized and empowered to execute this License Agreement on behalf of the Party and/or others for which he/she signs.

X _/s/ Donald E Morisky_ _____
9646FFE545A04FA...
**Donald Morisky, ScM, MSPH, ScD**
**Chairman, Morisky Medication Adherence Research dba adherence.**
**Date:** 11 July 2024 | 23:22:11 CEST

X _/s/ Philip Morisky_ _____
891E97D5A13D46B...
**Philip Morisky, MBA**
**Chief Executive Officer, Morisky Medication Adherence Research dba adherence.**
**Date:** 11 July 2024 | 23:13:50 CEST

X _/s/ Julia Braverman_ _____
BE08E1ED0403413...
**CSL Behring**
**Name:** Julia Braverman
**Position:** Director, PRO, QCSR
**Date:** 11 July 2024 | 23:02:00 CEST



Companion# 182285

### Appendix 1. Required citations for the MMAS-4

**1.** Morisky DE, Green LW, Levine DM. Concurrent and Predictive Validity of a Self-Reported Measure of Medication Adherence and Long-Term Predictive Validity of Blood Pressure Control. Medical Care 1986.
**2.** Morisky DE, Malotte CK, Choi P, et al. A Patient Education Program to Improve Rate with Antituberculosis Drug Regimens. Health Education Quarterly 1990; 17:253-268
**3.** Morisky DE, DiMatteo MR. Improving the measurement of self-reported medication nonadherence: Final response. J Clin Epidemio 2011; 64(3):262-263.

You indicated that you are taking medication(s) for your (identify health concern, such as "high blood pressure"). Individuals have identified several issues regarding their medication-taking behavior, and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your [health concern] medication.

MMAS-4 ENGLISH
1. Do you ever forget to take your (name of health condition) medicine?
2. Do you ever have problems remembering to take your (name of health condition) medication?
3. When you feel better, do you sometimes stop taking your (name of health condition) medicine?
4. Sometimes if you feel worse when you take your (name of health condition) medicine, do you stop taking it?

**MEASUREMENT AND SCORING CRITERIA**
The MMAS is a generic self-reported, medication-taking behavior scale in which the specific health issue (high blood pressure, diabetes, elevated cholesterol, HIV, contraception, etc.) is inserted for the "health concern". The MMAS consists of four items with a scoring scheme of "Yes" = 0 and "No" = 1.
The items are summed to give a range of scores from low adherence to high adherence (0 to 4).
Scoring
0 - 1 = Low Adherence
2 - 3 = Medium Adherence
4 = High Adherence

COPYRIGHT NOTATIONS:

MMAS© www.adherence.cc

(On publications, only required at the end of the article in the acknowledgement section)