# EXHIBIT 5

This license agreement, a grant of a non-exclusive, global license ("**Subscription License Agreement**") is made on the date of last signature ("**Effective Date**") between **AssistRx, Inc.** ("**Licensee**") with an office at 501 West Church Stree, Suite 450, Orlando, Florida 32805 on behalf of itself and its Affiliates and **MMAR, LLC.** ("**Licensor**") with an office at **PO BOX 41471, Long Beach CA 90853**.

1. **Definitions**
   a. "**MMAS-8**" means (i) the 8-item Morisky Medication Adherence Scale validated in Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive Validity of Medication Adherence Measure in an Outpatient Setting.. **U.S. Reg. No. TX-8-632-533** (ii) derivatives of that Scale; and (iii) all coding and scoring criteria in connection with the foregoing (the "**Coding and Scoring Criteria**").
   b. "**Affiliate(s)**" means a person or an entity that controls, or is by, or is under common control with the subject person or entity. For purposes of this definition, the term "**control**" means the direct or indirect beneficial ownership of at least fifty percent (50%) of the voting interests (stock, membership interest, partnership interest, etc.) of, or at least fifty percent (50%) interest in the income of, such company or other business entity.
   c. "**Licensee**" means AssistRx and its Affiliates.
   d. "**Assessments**" means each questionnaire administered to a given patient population.
   e. "**Licensee Partners**" means Licensee's manfucturing customers to which Licensee provides various services.

2. **Description of Services**
   a. <u>License for MMAS-8</u>. Subscription with Licensor will provide Licensee with 1) authority to use the MMAS-8 surveys for Licensee business use, including but not limited to mobile applications, web applications, clinical studies, and scientific research, and 2) access and authorization to use the scoring algorithm provided to Licensee through various means, including but not limited to API integration, CSV file with integrated scoring algorithm, and scoring on Licensor's platform. Under this license, at Licensee's discretion, Licensee Partners may 1) use the MMAS-8 surveys for the Licensee Partner's business use, including but not limited to mobile applications, web applications, clinical studies, and scientific research, and 2) access and use the scoring algorithm provided to Licensee Partner through various means, including but not limited to API integration, CSV file with integrated scoring algorithm, and scoring on Licensor's platform.

3. **Ownership**
   Licensee acknowledges and agrees that the MMAS-8© Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, divulged, distributed, published, or otherwise exploited without the written permission of Licensor outside the scope of this Subscription License Agreement. Licensee fully understands and agrees pursuant to this Subscription License Agreement, the MMAS-8© can only be used by agents, employees or researchers of Licensee, or Licensee Partners.

   Data obtained by Licensee or Licensee Partners can be leveraged at the discretion of the Licensee or Licensee partners, e.g. for providing personalized interventions and publishing research.

1 | P a g e

4. **Fees and Payment Terms**
   Licensee will have access to the following subscription options provided by the Licensor at the rates described in the following schedule:

   - $5,000 per year up to 750 patients per year.
   - $7,500 per year 751-1,500 patients per year.
   - Then, $3 per patient over 1,500 per year.

   TOTAL DUE: **$10,000 USD (2 year initial agreement)**

   All fees are in US Dollars and exclusive of VAT. Any foreign tax will be added to the cost of the license.

5. **Confidentiality**
   a. A party will keep all non-public or proprietary information of the other party and their Affiliates disclosed in connection with this Subscription License Agreement, this Subscription License Agreement itself and its existence (collectively, "**Confidential Information**"), confidential and secure at all times.
   b. The receiving party will only use or disclose the Confidential Information of the other party for the purpose of this Subscription License Agreement, as required by law, regulation, or as otherwise agreed by the other party in writing.
   c. A party may share the Confidential Information on need to know basis with its personnel, agents, advisors or partners provided that such individuals have written confidentiality obligations at least as stringent as the terms of this Subscription License Agreement.
   d. The confidentiality obligations in this Subscription License Agreement continue for 5 years following the expiry or termination of this Subscription License Agreement.
   e. A party acknowledges that the Confidential Information of the other party is proprietary to such party and nothing in this Subscription License Agreement grants to a party any right to the Confidential Information of the other party.
   f. A party will indemnify the other party from and against any liability, damages, costs, expenses or claims arising from any breach of this clause by itself or personnel of the breaching party.

6. **Data Privacy**
   a. The parties acknowledge that the Services will not require the Processing of Personal Data under applicable Data Protection Laws.
   b. Licensor shall seek prior approval from Licensee to Processs any Personal Data on behalf of a Licensee Partner. Licensor shall also, where required by applicable Data Protection Laws, enter into an appropriate data processing agreement with Licensee Partner.

CONFIDENTIAL                                                                                     MMAR001413

mmar.
MORISKY MEDICATION ADHERENCE
RESEARCH, LLC.

    c. To the extent that Licensor will share anonymized Personal Data with Licensee, Licensor shall (i) ensure the Personal Data has been anonymized according to adequate anonymization standards and techniques to prevent re-identification of Personal Data and provide adequate details of the anonymization process to Licensee whenever requested; and (ii) ensure that no Personal Data will be transferred to Licensee by ensuring adequate training of its employees and implementing appropriate IT controls.

    d. To the extent that Personal Data may be shared between the parties in the context of the Subscription License Agreement, the parties undertake to comply with applicable Data Protection Laws. The parties agree and undertake that such Personal Data will only be Processed as far as is necessary and in order to fulfil the obligations as set out in the Subscription License Agreement.

    e. For the purpose of this Clause, the expressions "Data Protection Laws" shall mean any laws regulations and orders of any jurisdiction relating to the privacy, security, confidentiality and/or integrity of Personal Data that are applicable to the Processing of Personal Data under the Subscription License Agreement, including but not limited to the EU General Data Protection Regulation (2016/679); "Process, Processed, Processing", "Personal Data" and "Sensitive Personal Data" shall have the meaning given to them in the applicable Data Protection Laws. Except as stated otherwise, definitions above apply to all data privacy related provisions in the Subscription License Agreement or documents attached to the Subscription License Agreement.

7. **Miscellaneous**
    a. <u>Trademarks</u>. Licensee acknowledges and agrees that Licensor is granting Licensee and Licensee Partners limited permission to use the Morisky name, brand, and trademarks including: Morisky Platform™, MMAS™, Morisky Medication Adherence Scale™ and translations of the MMAS™ trademark ("**Licensor's Trademarks**"). This limited permission does not grant Licensee the right to transfer use of the Licensor's Trademarks or grant Licensee any use of the Licensor's Trademarks beyond the rights authorized and/or contemplated by this Subscription License Agreement, or as outlined in Section 7.e below.

    b. <u>Guidelines</u>. Licensee acknowledges and agrees to adhere to all the terms and requirements of the Subscription License Agreement including the copyright and trademark guidelines in Appendix 2 for the publications and poster presentation. Licensee further acknowledges and agrees that the guidelines provided in Appendix 2 must be included in all publications including manuscripts, research findings, journal articles, web postings, or other publications containing Morisky Platform and MMAS™ results.

    c. <u>Reservation of Rights to Inspect</u>. The MMAS™ Assessments data and results generated by Licensee is the exclusive property of Licensee. Licensor reserves the right to inspect all deidentified MMAS™ Assessments data and results only in cases of administrative or scientific misconduct.

    d. <u>Indemnification for Third-Party Claims.</u>   Licensor shall defend Licensee against any third-party claims, and shall indemnify and hold harmless Licensee from and against any

3 | Page



and all liabilities, damages, costs, expenses which are awarded to such third-party by settlement, judgement, or otherwise, where the basis of the claims are attributed to the alleged infringement of such third-party's intellectual property by Licensee's or Licensee Partner's use of Licensor's trade names, License MMAS-8 or services pursuant to this Subscription License Agreement.

e. <u>Permitted Assignment.</u>   The parties may, without consent, make an assignment to: (i) any Affiliate, or (ii) any successor in connection with a merger, acquisition, sale or transfer of all or substantially all of the party's assets, stock, or business.

f. <u>Jurisdiction and Choice of Law.</u>  This Subscription License Agreement and matters connected with the performance thereof shall be construed, interpreted, applied, and governed in all respects in accordance with the laws of Nevada, without reference to conflict of laws principles. The parties agree: (a) that all disputes and litigation regarding this Subscription License Agreement, its construction and matters connected with its performance shall be subject to the exclusive jurisdiction of the competent courts of Las Vegas, Nevada (the "**Court**"), and (b) to submit any disputes, matters of interpretation, or enforcement actions arising with respect to the subject matter of this Subscription License Agreement exclusively to the Court. The Parties hereby waive any challenge to the jurisdiction or venue of the Court over these matters.

g. <u>Counterparts</u>.  This Subscription License Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument.

**Authorization:** each individual signing this Subscription License Agreement represents and warrants that he/she has the full authority and is duly authorized and empowered to execute this Subscription License Agreement on behalf of the Party and/or others for which he/she signs.



X_____
Donald Morisky, ScM, MSPH, ScD
President, Morisky Medication Adherence Research
Date: 10/9/2023 | 5:27 PM EDT

X_____
Philip Morisky, MBA
Chief Executive Officer, Morisky Medication Adherence Research
Date: 10/9/2023 | 2:26 PM PDT

X_____
Edward H. Hensley
Co-founder & Chief Commercial Officer
Date: 10/9/2023 | 3:17 PM CDT

CONFIDENTIAL                                    MMAR001415



**Appendix 1. Required citations for the Morisky Medication Adherence Scale 8-Item (MMAS-8)**

1. Morisky DE, Ang A, Krousel-Wood M, Ward H. Predictive Validity of Medication Adherence Measure in an Outpatient Setting.

2. Berlowitz DR, Foy CG, Kazis LE, Bolin L, Conroy LB, Fitzpatrick P, et al. for the SPRINT Study Research Group. Impact of Intensive Blood Pressure Therapy on Patient-Reported Outcomes: Outcomes Results from the SPRINT Study. N Engl J Med 2017;377:733-44.

3, Bress AP, Bellows BK, King J, Hess R, Beddhu S, Zhang Z, et al, for the SPRINT Research Group and the SPRINT Economics and Health Related Quality of Life Subcommittee. Cost-Effectiveness of Intensive versus Standard Blood Pressure Control. N Engl J Med 2017; 377:745-55.

**You indicated that you are taking medication(s) for your (identify health concern, such as "high blood pressure"). Individuals have identified several issues regarding their medication-taking behavior, and we are interested in your experiences. There is no right or wrong answer. Please answer each question based on your personal experience with your [health concern] medication.**
Yes                                                                    No
1. Do you sometimes forget to take your [health concern] medication(s)?

2. People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your [health concern] medication(s)?

3. Have you ever cut back or stopped taking your medication(s) without telling your doctor, because you felt worse when you took it?

4. When you travel or leave home, do you sometimes forget to bring along your [health concern] medication(s)?

5. Did you take your [health concern] medication(s) yesterday? (or the last time you were supposed to take it?)

6. When you feel like your [health concern] is under control, do you sometimes stop taking your medication(s)?

7. Taking medication(s) every day is a real inconvenience for some people. Do you ever feel hassled about sticking to your [health concern] treatment plan?

8. How often do you have difficulty remembering to take all your medication(s)?
(**Please circle your answer below**)
Never/Rarely………………………………………a
Once in a while………………………………….b

5 | P a g e

Sometimes…………………………………………..c
Usually……………………………………………….d
All the time…………………………………………e

**Coding Instructions for the ©Morisky Medication Adherence Scale (8-Item)**
You will need to reverse the code response in a positive direction for item number 5 and standardize the code for item 8 (0-8), resulting in a scale from low adherence to high adherence. Item 8 is divided by 4 when calculating a summated score. This procedure standardizes the 5-point Likert scale. The total scale has a range of 0 to 8.0. The eight-item compliance scale had an alpha reliability of 0.83 (n= 1367) among patients diagnosed with essential hypertension attending an outpatient clinic of a large teaching hospital. We have used a 75% completion criterion for establishing eligibility. **The median value of all non-missing items would be substituted for the missing item for individuals meeting the eligibility criterion. i.e. if 1 or 2 items are missing, the median values of the other 7 or 8 items would be substituted for the missing item. You are NOT permitted to divulge the scoring trade secrets of the MMAS-8 to anyone or publish this copyrighted intellectual property. The 3 categorical Likert Scale is low adherence = <6, medium adherence = 6-<8 and high adherence is = 8.**
**Codes:**
**No = 1; Yes = 0**
**Re-codes:**
**If Item5 = 0 Item5r = 1 (high adherence)**
**If Item8=a Item8r = 1 (highest adherence)**
**If Item8=b Item8r = .75 (high adherence)**
**If Item8=c Item8r = .50 (moderate adherence)**
**If Item8=d Item8r = .25 (low adherence)**
**If Item8=e Item8r = 0 (lowest adherence)**

**Baseline Adherence: 3- Level Likert Scale Percent** Low Adherence (< 6) 32.1 Medium Adherence (6 to <8) 52.0 High Adherence (= 8) 15.9

i.The following footnote is required in all articles, presentations, web postings, reports and submitted manuscripts, and on the first table or figure which present the MMAS-8 as well as in the Acknowledgment Section of manuscripts submitted for publication:

**The MMAS-8 Scale, content, name, and trademarks are protected by US copyright and trademark laws. Permission for use of the scale and its coding is required. A license agreement is available from MMAR, LLC., www.moriskyscale.com.**

CONFIDENTIAL                                                                                                                                        MMAR001417