# EXHIBIT 6



This License agreement ("License Agreement") is made on September 3, 2021 ("Effective Date") between **AXONAL-BIOSTATEM, Parc d'Activités Via Domitia 205 Avenue des Gardians 34160 CASTRIES/ France** on behalf of itself and its sponsor/ affiliates ("Licensee / AXONAL-BIOSTATEM") AND MMAR, LLC., 294 Lindura Ct.,Las Vegas, NV 89138 ("Licensor").

1. **Ownership, Terms, Fees.** Licensee acknowledges and agrees that the MMAS-8™ Diagnostic Assessments are the exclusive property of the Licensor and cannot be used, transferred, divulged, distributed, published, or otherwise exploited without the writtenpermission of Licensor. Licensee fully understands and agrees pursuant to this License Agreement, the MMAS-8™ can only be used by agents, employees, researchers at AXONAL-BIOSTATEM, and its sponsor (ALLERGAN France SaS) /affiliates. "**Affiliate(s)**" means a person or an entity that controls, or is controlled by, or is under common control with the subject person or entity. For purposes of this Agreement, the term "**control**" means the direct or indirect beneficial ownership of at least fifty percent (50%) of the voting interests (stock, membership interest, partnership interest, etc.) of, or at least fifty percent (50%) interest in the income of, such company or other business entity.

The Licensee acknowledges and agrees that the MMAS-8 license is based on this one subject study and any future project or study will require a separate license agreement. The license willbe valid throughout the project up to publication.

Licensee agrees to pay Licensor a one-time lump sum fee of five thousand one hundred fifty (**$5,150.00**) US dollars ("Payment") for a MMAS-8 License. The breakdown of fees is as follows:

License: $2,500

Training: $1,500

Validated language translation: $250 (French)

Assessments: $900 (1.00 each/ 1.50 translated) (600 patients/1 times)

1 | P a g e

CONFIDENTIAL                                                                                               MMAR001538



2. **Definitions**

   a. MMAS-8 means (i) the 8-item Morisky Medication Adherence Scale validated in Morisky DE, Ang A, Krousel-Wood M, Ward H., *Predictive Validity of a Medication Adherence Measure in a Patient Setting*. J Clin Hyper 2008; 10(5):348-354; (ii) derivatives of that Scale; and (iii) all coding and scoring criteria in connection with the foregoing (the "Coding and Scoring Criteria").

   b. "Subject Study" means the study "**Prevalence of ocular hypertension and glaucoma managed with long-term hypotensive treatment and evaluation of treatment adherence and quality of life: a cross-sectional observational study in French clinical private practice**"

   c. This study is cross-sectional. Patients' recruitment will start as soon as sites are open (after site initiation visit), planned in mid-October. Questionnaires will be provided to patients during the inclusion visit (unique visit, no follow-up visit). Patients will be asked to complete the questionnaire at home and to send it back to Axonal-Biostatem by post. The patient recruitment should be completed by December 1, 2021. We plan to receive all patients' questionnaires until December 31, 2021.

   d. "**AXONAL-BIOSTATEM**" means the company, together with all past, present, and future employees, agents, and representatives of the company involved in the conduct of the Subject Study or subsequent publication thereof.

   e. "Assessments" means each questionnaire administered to the patient population within the Subject Study. Up to 600 administrations can be given.

3. **Additional Terms of Use**.

Trade Secrets. Licensee acknowledges and agrees that Licensor's MMAS Coding and Scoring criteria are trade secrets of Licensor and, as such, Licensee is forbidden from publicizing MMAS™ Coding and Scoring criteria in any form without the expressed, written consent from Licensor. Licensee further acknowledges and agrees to treat such information as confidential and not to

CONFIDENTIAL                                                                                                                                        MMAR001539



disclose it to third parties or use it in any fashion, except in connection with the performance of the right and obligations contemplated herein, except as to information generally available to the public. Licensee further acknowledges and agrees that this License Agreement itself shall be held in confidence and neither party may disclose its existence to any third parties. This provision shall survive termination of this License Agreement, and Licensee shall not use such confidential information thereafter in competition with Licensor. Abstracts submitted to scientific conferences and drafts of manuscripts for review by scientific journals that include MMAS-8 data will be sent to Dr. Morisky (email address: Donald.morisky@moriskyscale.com), developer/owner of the MMAS copyrighted and trademarked intellectual property before submission. This review is to prevent any copyright infringement prior to submission. Dr. Morisky will be allowed 5 business days to review the documents and respond. If no response is received from Dr. Morisky after 5 business days, then the Licensee can proceed with submission.

a. <u>Trademarks.</u> Licensee acknowledges and agrees that Licensor is granting Licensee limited permission to use the Morisky name, brand, and trademarks including: Morisky Platform™, MMAS™, MMAS-8™, Morisky Medication Adherence Scale™ and translations of the MMAS™ trademark ("Licensor's Trademarks"). This limited permission does not grant Licensee the right to transfer use of the trademarks or grant Licensee any use of the trademarks beyond the rights authorized and/or contemplated by this License Agreement.

b. <u>Guidelines.</u> Licensee acknowledges and agrees to adhere to all the terms and requirements of the License Agreement including the copyright and trademark guidelines in Appendix 1 for the publications and poster presentation. Licensee further acknowledges and agrees that the guidelines provided in Appendix 1 must be included in all publications including manuscripts, research findings, journal articles, web postings, or other publications containing Platform and MMAS™ results.

c. <u>Coding and Scoring.</u> The MMAS™ scoring and coding must be processed through a csv file upload or the digital Platform. The process is meant to maintain integrity of the scoring and to track assessments. A user guide will be provided as well as a demonstration during the training. Reference Appendix II for screen shots of the CSV file upload process.

d. <u>Reservation of Rights to Inspect.</u> The MMAS™ assessment data purchased by the Licensee is the exclusive property of AXONAL-

3 | P a g e

CONFIDENTIAL    MMAR001540

BIOSTATEM. Licensor reserves the right to inspect all MMAS™ assessment results only in cases of administrative or scientific misconduct.

e. <u>Withdrawal of Permission to Use.</u> Licensee acknowledges and agrees that in the event Licensor determines scientific, administrative, or intellectual property misconduct has occurred using the Licensor's Trademarks, the Morisky Platform, or the MMAS-8™, Licensor reserves the right to withdraw permission for use and to pursue all available legal remedies.

f. <u>Jurisdiction and Choice of Law.</u> This License Agreement and matters connected with the performance thereof shall be construed, interpreted, applied, and governed in all respects in accordance with the laws of the United States of America and the State of Nevada, without reference to conflict of laws principles. The Parties agree: (a) that all disputes and litigation regarding this Agreement, its construction and matters connected with its performance shall be subject to the exclusive jurisdiction of the state and federal courts in the District of Nevada (the "Court"), and (b) to submit any disputes, matters of interpretation, or enforcement actions arising with respect to the subject matter of this Agreement exclusively to the Court. The Parties hereby waive any challenge to the jurisdiction or venue of the Court over these matters. The prevailing party in any dispute arising under this Agreement shall be entitled to an award of attorney's fees and costs.

g. <u>Counterparts.</u> This License Agreement may be executed in one or more counterparts, each of which when so executed and delivered shall be deemed to be an original, but all of which taken together form but one and the same instrument.

h. <u>Authorization.</u> Each individual signing this Agreement represents and warrants that he/she has the full authority and is duly authorized and empowered to execute this Agreement on behalf of the Party and/or others for which he/she signs.

CONFIDENTIAL                                                                                                      MMAR001541



X_____
Philip Morisky, MBA
Chief Executive Officer
Morisky Medication Adherence Research, LLC

X_____
Donald Morisky, ScD
President
Morisky Medication Adherence Research, LLC

Alice Sanchez-Ponton
Signature numérique de Alice Sanchez-Ponton
Date : 2021.09.09 15:49:35 +02'00'

X_____
AXONAL-BIOSTATEM

CONFIDENTIAL    MMAR001542



| ©Morisky Medication Adherence Scale (MMAS-8-Item). This is a generic adherence scale and the name of the health concern can be substituted in each question item.<br><br>You indicated that you are taking medication(s) for your (identify health concern, such as "high blood pressure").  Individuals have identified several issues regarding their medication-taking behavior, and we are interested in your experiences.  There is no right or wrong answer.  Please answer each question based on your personal experience with your [health concern] medication. | | |
|---|---|---|
| (Please mark your response below) | | |
|  | Yes | No |
| 1. Do you sometimes forget to take your [health concern] medication(s)? |  |  |
| 2. People sometimes miss taking their medications for reasons other than forgetting. Thinking over the past two weeks, were there any days when you did not take your [health concern] medication(s)? |  |  |
| 3. Have you ever cut back or stopped taking your medication(s) without telling your doctor, because you felt worse when you took it? |  |  |
| 4. When you travel or leave home, do you sometimes forget to bring along your [health concern] medication(s)? |  |  |
| 5. Did you take your [health concern] medication(s) yesterday? |  |  |
| 6. When you feel like your [health concern] is under control, do you sometimes stop taking your medication(s)? |  |  |
| 7. Taking medication(s) every day is a real inconvenience for some people. Do you ever feel hassled about sticking to your [health concern] treatment plan? |  |  |

8. How often do you have difficulty remembering to take all your medication(s)?

(**Please circle your answer below**)

Never/Rarely……………………………………..**a**

Once in a while……………………………………**b**

Sometimes…………………………………………..**c**

Usually…………………………………………………**d**

All the time……………………………………………**e**

CONFIDENTIAL                                                                                                                  MMAR001543

**mmar**
**MORISKY MEDICATION ADHERENCE RESEARCH, LLC.**

| **Veuillez répondre à chaque question en fonction de votre expérience personnelle, dans le cadre de votre traitemetn par gouttes ophtalmiques. Il n'y a pas de bonnes ou de mauvaises réponses.** | | |
|---|---|---|
| ( **Veuillez vérifier votre réponse ci-dessous** ) | | |
| | | |
| 1. Vous arrive-t-il parfois d'oublier d'appliquer vos gouttes ophtalmiques ? | NON | OUI |
| 2. Parfois certaines personnes ne prennent pas leurs médicaments pour d'autres raisons qu'un oubli. En pensant aux deux dernières semaines, y a-t-il eu des jours où vous n'avez pas appliqué vos gouttes ophtalmiques ? | NON | OUI |
| 3. Vous est-il déjà arrivé de réduire la dose ou d'arrêter d'appliquer vos gouttes ophtalmiques sans en informer votre médecin, parce que vous vous sentiez moins bien en le prenant ? | NON | OUI |
| 4. Lorsque vous voyagez ou quittez la maison, vous arrive-t-il d'oublier d'emporter vos gouttes ophtalmiques ? | NON | OUI |
| 5. Avez-vous appliqué vos gouttes ophtalmiques hier ? | NON | OUI |
| 6. Quand vous ressentez beaucoup moins, voire plus du tout, vos symptômes, vous arrive-t-il parfois d'arrêter d'appliquer vos gouttes ophtalmiques ? | NON | OUI |
| 7. Le fait de devoir prendre un traitement tous les jours représente un reel inconvéneint pour certaines personnes. Vous arrive – t – il parfois d'être contrarié (e) par le fait d'avoir à respecter votre traitement par gouttes ophtalmiques ? | NON | OUI |
| 8. Vous arrive-t-il d'avoir des difficultés à vous rappeler d'appliquer vos gouttes ophtalmiques ? | Jamais/rarement De temps en temps Parfois Régulièrement Tout le temps | |

Use of the ©MMAS is protected by US copyright laws. Permission for use is required. Licensure agreement is available from: Morisky Medication Adherence Research, LLC.
French for eye drops © MMAS-8, final version 06 August 2021



**(© 2006 Donald E. Morisky)**
**Coding Instructions for the ©Morisky Medication Adherence Scale (8-Item)**
You will need to reverse the code response in a positive direction for item number 5 and standardize the code for item 8 (0-4), resulting in a scale from low adherence to high adherence.  Item 8 is divided by 4 when calculating a summated score. This procedure standardizes the 5-point Likert scale.  The total scale has a range of 0 to 8.0.  The eight-item compliance scale had an alpha reliability of 0.83 (n= 1367) among patients diagnosed with essential hypertension attending an outpatient clinic of a large teaching hospital.  We have used a 75% completion criterion for establishing eligibility.  **The median value of all non-missing items would be substituted for the missing item for individuals meeting the eligibility criterion.  i.e. if 1 or 2 items are missing, the median values of the other 7 or 8 items would be substituted for the missing item.** You are NOT permitted to divulge the scoring trade secrets of the MMAS-8 to anyone or publish this copyrighted intellectual property.  You are only permitted to list the MMAS-8 items as presented in our original publication in the 2008 Journal of Clinical Hypertension. The 3 categorical Likert Scale is low adherence = <6, medium adherence = 6-<8 and high adherence is = 8.  I have provided the scoring criteria in the listing of the MMAS-8 items on page 1, FOR YOUR USE ONLY (that is No = 1 and Yes = 0, and you MUST remove this legend from your questionnaire and all reports, manuscripts, and submitted publications.

**Codes:**

**No = 1; Yes = 0**

**Re-codes:**

**If Item5 = 0 Item5r =  1   (high adherence)**
**If Item8=a Item8r =    1   (highest adherence)**
**If Item8=b Item8r = .75  (high adherence)**
**If Item8=c Item8r = .50 (moderate adherence)**
**If Item8=d Item8r = .25 (low adherence)**
**If Item8=e Item8r =  0   (lowest adherence)**

| Adherence 3- Level Likert Scale | Percent |
|---|---|
| Low Adherence (< 6) | 32.1 |
| Medium Adherence (6 to <8) | 52.0 |
| High Adherence (= 8) | 15.9 |

CONFIDENTIAL                    MMAR001545