# EXHIBIT 8



**Megan Gentleman**
Intellectual Property Paralegal
Collegeville, Pennsylvania
Dechert LLP

Grow your career or business with Premium
Try Premium for $0

Profile viewers 18
View all analytics

**adherence.**
2,166 followers
1d • Edited

Follow

What will **URAC** do now?

When an accredited organization like **Asembia** is accused of pirating and profiting from stolen technology, this isn't just an internal issue. It shakes the very foundation of trust, accreditation, and payer legitimacy across the entire specialty pharmacy ecosystem.

URAC accreditation isn't just a badge.

 It opens doors to payer contracts, insurance reimbursements, formulary inclusion, and exclusive patient access programs.

 So when a URAC-accredited vendor is exposed for misrepresenting IP ownership—what happens to the pharmacies, payers, and PBMs who relied on that accreditation as a stamp of credibility?

Will URAC take a zero-tolerance stance against actors who deceive the market and endanger patient care?

Will payers and insurers reevaluate their own reliance on vendor-provided claims and demand transparency moving forward?

Most importantly:

 Who notifies the patients of **CVS Specialty** under the leadership of Lucille Accetta and other specialty pharmacies and companies listed on the **Asembia-1** website when the tools supporting their therapy were built on lies? Patients have a right to know if they were improperly diagnosed and all the liabilities that come with that.

 Who owns that ethical burden? URAC? The pharmacy? The insurer?
This is a moment of reckoning.

Will URAC protect patients and integrity, or will it protect its own reputation?
The industry is watching. And so are regulators, payers, and the public.

 See: Adherence v. **CVS Health** Corp., 2:24-cv-01590-JCM-NJK

and the lawyers for Asembia: **Dechert LLP** @vincent cohen @jennifer insley-pruitt @eric rotteveel









