Chad R. Fears, Esq. (SBN 6970)
EVANS FEARS SCHUTTERT MCNULTY MICKUS
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone:  702-805-0290
Facsimile:  702-805-0291
Email: cfears@efsmmlaw.com

Jeffrey S. Edwards (*pro hac vice*)
Luke M. Reilly (*pro hac vice*)
Eric Rotteveel (*pro hac vice*)
DECHERT LLP
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000 (Telephone)
(215) 994-2222 (Facsimile)
Email: jeffrey.edwards@dechert.com
          luke.reilly@dechert.com
          eric.rotteveel@dechert.com

Jennifer Insley-Pruitt (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500 (Telephone)
(212) 698-3599 (Facsimile)
Email: jennifer.insley-pruitt@dechert.com

*Attorneys for Defendants CVS Pharmacy, Inc. and Asembia, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; and ASEMBIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 2:24-cv-01590-JCM-NJK<br><br>**DECLARATION OF JENNIFER INSLEY-PRUITT IN SUPPORT OF DEFENDANTS CVS PHARMACY, INC. AND ASEMBIA, LLC'S MOTION FOR SUMMARY JUDGMENT** |

I, Jennifer Insley-Pruitt, hereby declare as follows:

1.     The statements herein reflect my personal knowledge and belief based on reasonable investigation and information presently known to me.  If called to testify as a witness, I could and would competently testify thereto.

1   2.   I am a partner with the law firm of Dechert LLP, counsel for Defendants CVS Pharmacy, Inc. and Asembia, LLC (collectively, "Defendants") in the above-captioned matter. I make this declaration in support of Defendants' Motion for Summary Judgment.

3.   Attached as Exhibit 1 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR000495 that purports to be a June 8, 2023 Intellectual Property Assignment Agreement between Dr. Donald E. Morisky and Morisky Medication Adherence Research, LLC.

4.   Attached as Exhibit 2 is a true and correct copy of a chain of email correspondence between Plaintiff's counsel and Defendants' counsel spanning from June 6-11, 2025.

5.   Attached as Exhibit 3 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR001532 that purports to be an April 10, 2016 license agreement between Plaintiff[1] and Susan Mahon.

6.   Attached as Exhibit 4 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003486 that purports to be a May 26, 2016 license agreement between Plaintiff and Tanya Chow, Hamilton Health Sciences Corp.

7.   Attached as Exhibit 5 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006602 that purports to be a March 10, 2017 license agreement between Plaintiff and OPIS Sri Giacomo Matteotti, on behalf of Novartis Farma S.p.A.

8.   Attached as Exhibit 6 is a true and correct copy of a letter sent by me to counsel for Plaintiff on June 6, 2025.

9.   Attached as Exhibit 7 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR002911 that purports to be a May 7, 2018 license agreement between Plaintiff and ELPEN Pharmaceutical Co., Inc.

10.   Attached as Exhibit 8 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005476 that purports to be a retroactive license agreement

---

[1] "Plaintiff," as used in referring to Exhibits 3-5, 7-8, and 10-59 refers to the named Plaintiff or its alleged predecessors in interest, including Dr. Donald E. Morisky and MMAS Research, LLC. *See* FAC ¶ 33.

between Plaintiff and National Addiction Centre, Institute of Psychiatry, Psychology, and Neuroscience, King's College London.

11. Attached as Exhibit 9 is a true and correct copy of Plaintiff's Responses to Defendants' First Set of Requests for Production of Documents and Things, dated April 28, 2025.

12. Attached as Exhibit 10 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR008520 that purports to be a license agreement between Plaintiff and Pr Marc-Andre MAHE.

13. Attached as Exhibit 11 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004646 that purports to be an August 24, 2021 license agreement between Plaintiff and Intage Healthcare Inc.

14. Attached as Exhibit 12 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR001538 that purports to be a September 3, 2021 license agreement between Plaintiff and Axonal-Biostatem.

15. Attached as Exhibit 13 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005811 that purports to be an August 23, 2021 license agreement between Plaintiff and Dr. Shannon Dunlay, MD.

16. Attached as Exhibit 14 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005447 that purports to be an August 24, 2021 license agreement between Plaintiff and King Faisal Specialist Hospital & Research Center.

17. Attached as Exhibit 15 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR008010 that purports to be an August 23, 2021 license agreement between Plaintiff and Professor Malcolm Hopwood.

18. Attached as Exhibit 16 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006638 that purports to be a September 8, 2021 license agreement between Plaintiff and Orient EuorPharma Co., Ltd.

19. Attached as Exhibit 17 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR009896 that purports to be a September 29, 2021 license agreement between Plaintiff and Western University.

20. Attached as Exhibit 18 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR007368 that purports to be a September 30, 2021 license agreement between Plaintiff and Sidekick Health.

21. Attached as Exhibit 19 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003996 that purports to be a June 10, 2021 license agreement between Plaintiff and Vision2B GmbH.

22. Attached as Exhibit 20 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004142 that purports to be a September 9, 2021 license agreement between Plaintiff and Andrea Pozza.

23. Attached as Exhibits 21 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004177 that purports to be a September 9, 2021 license agreement between Plaintiff and Dr. Ratanapha Phuan-udom, M.D.

24. Attached as Exhibit 22 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004191 that purports to be a September 9, 2021 license agreement between Plaintiff and Dr. Ratanapha Phuan-udom, M.D.[2]

25. Attached as Exhibit 23 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004414 that purports to be an October 8, 2021 license agreement between Plaintiff and Patcharin Khomkham.

26. Attached as Exhibit 24 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005952 that purports to be a September 29, 2021 license agreement between Plaintiff and Medical University of Lodz.

27. Attached as Exhibit 25 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003153 that purports to be a November 2, 2021 license agreement between Plaintiff and Fondazione Policlinico Universitario A. Gemelli – IRCCS.

---

[2] The signatories differ for Exhibits 21 and 22 and are thus treated as separate agreements.

28.    Attached as Exhibit 26 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR009757 that purports to be a November 1, 2021 license agreement between Plaintiff and UT Southwestern Medical Center.

29.    Attached as Exhibit 27 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR009695 that purports to be a June 26, 2024 license agreement between Plaintiff and UT Southwestern Medical Center.

30.    Attached as Exhibit 28 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004345 that purports to be a November 21, 2021 license agreement between Plaintiff and Keitaro Senoo Kyoto Prefectural University of Medicine.

31.    Attached as Exhibit 29 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR009771 that purports to be a November 19, 2021 license agreement between Plaintiff and Vantis GmbH Widenmayerstraβe.

32.    Attached as Exhibit 30 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004029 that purports to be a November 30, 2021 license agreement between Plaintiff and Indegene Pvt. Ltd.

33.    Attached as Exhibit 31 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006724 that purports to be a January 11, 2022 license agreement between Plaintiff and Peking Union Medical College.

34.    Attached as Exhibit 32 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004337 that purports to be a September 9, 2021 license agreement between Plaintiff and Johnny Jimenez.

35.    Attached as Exhibit 33 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004619 that purports to be a license agreement between Plaintiff and Institutio Nacional de Cardiologia.

36.    Attached as Exhibit 34 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004620 that purports to be a January 26, 2022 license agreement between Plaintiff and Deakin University.

37. Attached as Exhibit 35 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005998 that purports to be a July 3, 2022 license agreement between Plaintiff and Meyer Children's University Hospital.

38. Attached as Exhibit 36 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR007214 that purports to be a March 24, 2022 license agreement between Plaintiff and Servier Pharma S.R.L.

39. Attached as Exhibit 37 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR007171 that purports to be a November 16, 2023 license agreement between Plaintiff and Servier Pharma S.R.L.

40. Attached as Exhibit 38 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003619 that purports to be a May 4, 2022 license agreement between Plaintiff and Helaglobe SRL.

41. Attached as Exhibit 39 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR002945 that purports to be an April 21, 2022 license agreement between Plaintiff and EPS Corp.

42. Attached as Exhibit 40 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004753 that purports to be a May 16, 2022 license agreement between Plaintiff and Sociedad Espanola de Cardiologia.

43. Attached as Exhibit 41 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006894 that purports to be a December 29, 2022 license agreement between Plaintiff and Orphalan SA.

44. Attached as Exhibit 42 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006645 that purports to be a January 21, 2025 license agreement between Plaintiff and Orphalan SA.

45. Attached as Exhibit 43 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003183 that purports to be a January 30, 2023 license agreement between Plaintiff and Fundacion Casa del Corazon.

|   |   |
|---|---|
| 1 | 46. Attached as Exhibit 44 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR007810 that purports to be a July 14, 2023 license agreement between Plaintiff and Sekhmet Techs. Pvt. Ltd. |
| 2 | 47. Attached as Exhibit 45 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005006 that purports to be a June 30, 2023 license agreement between Plaintiff and Janssen Pharmaceutical K.K. |
| 3 | 48. Attached as Exhibit 46 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR004986 that purports to be a July 21, 2023 license agreement between Plaintiff and Janssen Pharmaceutical K.K. |
| 4 | 49. Attached as Exhibit 47 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR001412 that purports to be an October 9, 2023 license agreement between Plaintiff and AssistRx, Inc. |
| 5 | 50. Attached as Exhibit 48 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006513 that purports to be a March 6, 2024 license agreement between Plaintiff and Novartis. |
| 6 | 51. Attached as Exhibit 49 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR005045 that purports to be an April 18, 2024 license agreement between Plaintiff and Johnson & Johnson Romania SRL. |
| 7 | 52. Attached as Exhibit 50 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR000916 that purports to be a June 21, 2024 license agreement between Plaintiff and Procare Health Iberia, S.L. |
| 8 | 53. Attached as Exhibit 51 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR006219 that purports to be a July 11, 2024 license agreement between Plaintiff and Neuraxpharm Pharmaceuticals S.L. |
| 9 | 54. Attached as Exhibit 52 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR002692 that purports to be a July 11, 2024 license agreement between Plaintiff and CSL Behring. |

- 7 -

55. Attached as Exhibit 53 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR001845 that purports to be a November 4, 2024 license agreement between Plaintiff and Bordeaux University Hospital (CHU Bordeaux).

56. Attached as Exhibit 54 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR009272 that purports to be a November 18, 2024 license agreement between Plaintiff and University of Bedfordshire.

57. Attached as Exhibit 55 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR008169 that purports to be a December 18, 2024 license agreement between Plaintiff and Tufts Medicine Department of Obstetrics and Gynecology.

58. Attached as Exhibit 56 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR003229 that purports to be a December 20, 2024 license agreement between Plaintiff and Hospital Clínico Universitario de Santiago de Compostela.

59. Attached as Exhibit 57 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR002502 that purports to be a January 23, 2025 license agreement between Plaintiff and Xenon Pharmaceuticals Inc.

60. Attached as Exhibit 58 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR007121 that purports to be a January 17, 2025 license agreement between Plaintiff and Santen Incorporated.

61. Attached as Exhibit 59 is a true and correct copy of a document produced by Plaintiff bearing the Bates number MMAR000747 that purports to be a list of licensees of Plaintiff's works.

62. Plaintiff has not produced any executed trademark licenses in this litigation incorporating an express contractual right for Plaintiff to exercise quality control over the use of the Morisky Marks.

63. Plaintiff has also not produced any documents in this litigation indicating any effort to exercise quality control over its trademark licensees. Specifically, Plaintiff has not produced any correspondence with licensees relating to quality control, nor has Plaintiff produced any correspondence evidencing efforts to actually supervise licensee use of the Alleged Morisky Marks or to inspect any goods or services offered by licensees under the Alleged Morisky Marks.

Additionally, Plaintiff has produced no evidence that it has a close working relationship with any of its trademark licensees.

64. Plaintiff has produced almost no evidence of any communications between Plaintiff and its trademark licensees following the signing of the trademark license agreements.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of July, 2025 in Baltimore, Maryland.

                                        */s/ Jennifer Insley-Pruitt*
                                         Jennifer Insley-Pruitt