# INDEX OF EXHIBITS

| Exhibit | Description |
|---|---|
|  | **VOLUME 1** |
| 1 | Assignment Agreement Between Donald Morisky and Morisky Medication Adherence Research, LLC (MMAR 000495) |
| 2 | Email Re Adherence v. CVS Pharmacy Inc. and Asembia LLC 224-cv-01590-JCM-NJK (D. Nev.) -- Plaintiff's discovery deficiencies on June 11, 2025 |
| 3 | MMAS License Agreement between Plaintiff and Susan Mahon on April 14, 2016 (MMAR 001531) |
| 4 | MMAS License Agreement between Plaintiff and S Hamilton Health Sciences Corp. on April 18, 2024 (MMAR 003486) |
| 5 | License Agreement between Plaintiff and OPIS Sri Giacomo - Novartis on March 10, 2017 (MMAR 006602) |
| 6 | June 6, 2026 Letter to Chris Austin |
| 7 | License Agreement between Plaintiff and ELPEN Pharm. Co. on June 6, 2018 (MMAR 002911) |
| 8 | License Agreement between Plaintiff and National Addiction Centre September 15, 2020 (MMAR 005476) |
| 9 | April 28, 2025 Plaintiff's Responses to Defendant's First Set of RFPs |
| 10 | License Agreement between Plaintiff and Pr Marc Andre Mahe (MMAR 008520) |
| 11 | License Agreement between Plaintiff and Intage Healthcare on August 21, 2021 (MMAR 004646) |
| 12 | License Agreement between Plaintiff and Axonal-Biostatem (MMAR 001538) |
| 13 | License Agreement between Plaintiff and Dr. Shannon Dunlay on August 23, 2021 (MMAR 005811) |
| 14 | License Agreement between Plaintiff and King Faisal Specialist Hospital on August 24, 2021 (MMAR 005447) |
| 15 | License Agreement between Plaintiff and Professor Malcolm Hopwood on August 23, 2021 (MMAR 008010) |
| 16 | License Agreement between Plaintiff and Orient EuroPharma on September 8, 2021 (MMAR 006638) |
| 17 | License Agreement between Plaintiff and Western University on September 29, 2021 (MMAR 009896) |
| 18 | License Agreement between Plaintiff and Sidekick Health on September 30, 2021 (MMAR 007368) |
| 19 | License Agreement between Plaintiff and Vision 2B GmbH on June 10, 2021 (MMAR 003996) |
| 20 | License Agreement between Plaintiff and Andrea Pozza on September 9, 2021 (MMAR 004142) |
| 21 | License Agreement between Plaintiff and Dr. Ratanapha Phuan-udom, M.D. on September 9, 2021 (MMAR 004177) |

| | |
|---|---|
| 22 | License Agreement between Plaintiff and Dr. Ratanapha Phuan-udom, M.D. on September 9, 2021 (MMAR 004191) |
| 23 | License Agreement between Plaintiff and Patcharin Khomkham on October 8, 2021 (MMAR 004414) |
| 24 | License Agreement between Plaintiff and Medical University of Lodz on September 29, 2021 (MMAR 005952) |
| 25 | License Agreement between Plaintiff and Fondazione Policlinico Universitario A. Gemelli – IRCCS on November 2, 2021(MMAR 003153) |
| | **VOLUME 2** |
| 26 | License Agreement between Plaintiff and UT Southwestern Med. Ctr. On November 1, 2021 (MMAR 009757) |
| 27 | License Agreement between Plaintiff and UT Southwestern Med. Ctr. On June 26, 2024 (MMAR 009695) |
| 28 | License Agreement between Plaintiff and Keitaro Senoo Kyoto Prefectural University of Medicine on November 21, 2021 (MMAR 004345) |
| 29 | License Agreement between Plaintiff and Vantis GmbH on November 19, 2021 (MMAR 009771) |
| 30 | License Agreement between Plaintiff and Indigene Pvt. Ltd. on November 30, 2021(MMAR 004029) |
| 31 | License Agreement between Plaintiff and Peking Union Medical College on January 11, 2022 (MMAR 006724) |
| 32 | License Agreement between Plaintiff and Johnny Jimenez on Spetember 9, 2021(MMAR 004337) |
| 33 | License Agreement between Plaintiff and Institutio Nacional de Cardiologia (MMAR 004619) |
| 34 | License Agreement between Plaintiff and Deakin University on January 26, 2022 (MMAR 002826) |
| 35 | License Agreement between Plaintiff and Meyer's Children's University Hospital on March 15, 2022(MMAR 005998) |
| 36 | License Agreement between Plaintiff and Servier Pharma SRL on March 24, 2022 (MMAR 007214) |
| 37 | License Agreement between Plaintiff and Servier Pharma SRL on November 16, 2023 (MMAR 007171) |
| 38 | License Agreement between Plaintiff and Helaglobe SRL on May 4, 2022 (MMAR 003619) |
| 39 | License Agreement between Plaintiff and EPS Corp on April 21, 2022 (MMAR 002945) |
| 40 | License Agreement between Plaintiff and Sociedad Espanola de Cardiologia on May 16, 2022 (MMAR 004753) |
| 41 | License Agreement between Plaintiff and Orphalan SA on December 29, 2022(MMAR 006894) |
| 42 | License Agreement between Plaintiff and Orphalan SA (MMAR 006645) |
| 43 | License Agreement between Plaintiff and Fundacion Casa del Corazon on December 30, 2023 (MMAR 003183) |

|   | **VOLUME 3** |
|---|---|
| 44 | License Agreement between Plaintiff and Sekhmet Techs. Pvt. Ltd. on July 14, 2023 (MMAR 007810) |
| 45 | License Agreement between Plaintiff and Janssen Pharm. On June 30, 2023 (MMAR 005006) |
| 46 | License Agreement between Plaintiff and Janssen Pharm. On July 21, 2023 (MMAR 004986) |
| 47 | License Agreement between Plaintiff and AssistRx (MMAR 001412) |
| 48 | License Agreement between Plaintiff and Novartis (MMAR 006513) |
| 49 | License Agreement between Plaintiff and J&J Romania SRL on April 18, 2024 (MMAR 005054) |
| 50 | License Agreement between Plaintiff and Procare Health Iberia, SL (MMAR 000916) |
| 51 | License Agreement between Plaintiff and Neuraxpharm (MMAR 006219) |
| 52 | License Agreement between Plaintiff and CSL Behring (MMAR 002692) |
| 53 | License Agreement between Plaintiff and Bordeaux Univ. Hosp. (MMAR 001845) |
| 54 | License Agreement between Plaintiff and University of Bedfordshire (MMAR 009272) |
| 55 | License Agreement between Plaintiff and Tufts Medicine (MMAR 008169) |
| 56 | License Agreement between Plaintiff and Hospital Clinico Universitario de Santiago de Compostela (MMAR 003229) |
| 57 | License Agreement between Plaintiff and Xenon Pharms. Inc. (MMAR 002502) |
| 58 | License Agreement between Plaintiff and Santen Inc. (MMAR 007121) |
| 59 | Spreadsheet of Licensees (MMAR000747) |