UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01590-JCM-NJK<br><br>**Order**<br><br>[Docket No. 90] |

Pending before the Court is Defendants' motion to stay discovery pending resolution of their motion for summary judgment. Docket No. 90; *see also* Docket No. 85 (motion for summary judgment). Plaintiff filed a response in opposition. Docket No. 95. The Court does not require a reply or a hearing. *See* Local Rule 78-1.

Deciding whether to stay discovery involves a preliminary peek at the merits of the underlying dispositive motion. *See, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 582-83 (D. Nev. 2013). In this case, Defendants' motion for summary judgment was filed on July 15, 2025, Docket No. 85 (notice of electronic filing), and is not set to be fully briefed until August 19, 2025, *see* Local Rule 7-2(b). Discovery is set to close a few weeks thereafter, on September 9, 2025. *See* Docket No. 62. Hence, in the time for this motion practice to become ripe for resolution and for the Court to decide such a resolution, at most there will be a few days left in the discovery period. It does not advance the goals in Rule 1 for the just, speedy, and inexpensive resolution of the case to (potentially) stay discovery after discovery has already been underway for months and should be wrapping up. *See, e.g.*, *JoshCo Tech, LLC v. MJJ&L Holdings, LLC*, 2020 WL 8254262, at *2 (D. Nev. Sept. 2, 2020) (citing *Ross-Nash v. Almond*, 2020 U.S. Dist. Lexis 27461, at *3 (D. Nev. Feb. 18, 2020)).

Accordingly, the motion to stay discovery is DENIED.

IT IS SO ORDERED.

Dated: August 1, 2025

_____
Nancy J. Koppe
United States Magistrate Judge