UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE,<br><br>    Plaintiff(s),<br><br>v.<br><br>CVS PHARMACY, INC., et al.,<br><br>    Defendant(s). | Case No. 2:24-cv-01590-JCM-NJK<br><br>**Order**<br><br>[Docket No. 102] |

Pending before the Court is Defendants' motion for protective order. Docket No. 102. Any response to the motion must be filed by August 20, 2025, and any reply must be filed by August 21, 2025.[1]

IT IS SO ORDERED.

Dated: August 18, 2025

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] Counsel are reminded that the deadlines set in this order continue to govern notwithstanding any contrary deadline included in any automatically-generated CMECF notice. Local Rule IC 3-1(d).