**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com
*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; and ASEMBIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: 2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND ORDER TO TEMPORARILY STAY THE CASE TO FINALIZE SETTLEMENT** |

The parties, by and through their respective counsel of record, hereby stipulate to the entry of an Order temporarily staying further proceedings in this action for fourteen (14) days for the purpose of finalizing a written settlement agreement between the parties with a joint status check report to be submitted by the parties within seven (7) days after entry of this Order.

The parties have preliminarily reached agreement on core settlement terms and are well into drafting and revising a final settlement agreement. However, the parties are being hampered in this effort by multiple pressing litigation deadlines within the next two weeks, including:

- Briefing on a motion for summary judgment,
- Briefing in response to a motion for a protective order regarding several depositions,

- The preparation of rebuttal expert reports, and
- The taking and defending of approximately seven (7) noticed depositions all to be completed within the next two weeks.

To facilitate the prompt finalization of a written settlement agreement on which the parties are working in good faith, the parties jointly request and stipulate to the entry of a temporary stay of these proceedings for fourteen (14) days, with a status check report to be submitted within seven (7) days from the execution of this Order.

The parties further represent that this Stipulation and Proposed Order is entered into in good faith, in the interest of judicial economy, and not for the purpose of delay.

DATED this 19th day of August 2025.

**LEX TECNICA, LTD.**

/s/ Scott T. Whitworth
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

DATED this 19th day of August 2025.

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**

/s/ Chad Fears
CHAD FEARS
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119

**DECHERT LLP**
JENNIFER INSLEY-PRUITT, ESQ.
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3653
Jennifer.insley-pruitt@dechert.com
cfears@efsmmlaw.com
*Attorneys for Defendants*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT COURT JUDGE

DATED: August 21, 2025

## Angeli Gozon

| | |
|---|---|
| **From:** | Insley-Pruitt, Jennifer <Jennifer.Insley-Pruitt@dechert.com> |
| **Sent:** | Tuesday, August 19, 2025 4:19 PM |
| **To:** | Chad Fears; Chris Austin |
| **Cc:** | Scott Whitworth; Samuel Castor; Angeli Gozon; Cohen, Vincent; Reilly, Luke; Edwards, Jeffrey; Gentleman, Megan |
| **Subject:** | Re: Adherence v. CVS, et.al. -- Deposition scheduling |

This looks fine to me, thanks.

Jennifer Insley-Pruitt
Partner
Dechert LLP
+1 212 698 3653

**From:** Chad Fears <cfears@efsmmlaw.com>
**Sent:** Tuesday, August 19, 2025 7:07 PM
**To:** Chris Austin <Chris@lextecnica.com>; Insley-Pruitt, Jennifer <Jennifer.Insley-Pruitt@dechert.com>
**Cc:** Scott Whitworth <Scott@lextecnica.com>; Samuel Castor <Sam@lextecnica.com>; Angeli Gozon <angeli@lextecnica.com>; Cohen, Vincent <Vincent.Cohen@dechert.com>; Reilly, Luke <luke.reilly@dechert.com>; Edwards, Jeffrey <jeffrey.edwards@dechert.com>; Gentleman, Megan <Megan.Gentleman@dechert.com>
**Subject:** Re: Adherence v. CVS, et.al. -- Deposition scheduling

Attached are our minor changes. If these are fine, you can affix my e-signature.

Chad Fears
Partner

**EVANS FEARS SCHUTTERT MCNULTY MICKUS**
**T:** 702.805.0290 | **D:** 702.805.0215
**E:** cfears@efsmmlaw.com

**From:** Chris Austin <Chris@lextecnica.com>
**Date:** Tuesday, August 19, 2025 at 3:30 PM
**To:** Chad Fears <cfears@efsmmlaw.com>, Insley-Pruitt, Jennifer <Jennifer.Insley-Pruitt@dechert.com>
**Cc:** Scott Whitworth <Scott@lextecnica.com>, Samuel Castor <Sam@lextecnica.com>, Angeli Gozon <angeli@lextecnica.com>, Cohen, Vincent <Vincent.Cohen@dechert.com>, Reilly, Luke <luke.reilly@dechert.com>, Edwards, Jeffrey <jeffrey.edwards@dechert.com>, Gentleman, Megan <Megan.Gentleman@dechert.com>
**Subject:** Re: Adherence v. CVS, et.al. -- Deposition scheduling

Here is a revised version adding Chad to the signature block.

Chris
**F. Christopher Austin** | Partner
Lex Tecnica, Ltd.
10161 Park Run Dr., Ste. 150