Chad R. Fears, Esq. (SBN 6970)
EVANS FEARS SCHUTTERT MCNULTY MICKUS
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
Telephone: 702-805-0290
Facsimile: 702-805-0291
Email: cfears@efsmmlaw.com

Jennifer Insley-Pruitt (*pro hac vice*)
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500 (Telephone)
(212) 698-3599 (Facsimile)
Email: jennifer.insley-pruitt@dechert.com

Jeffrey S. Edwards (*pro hac vice*)
Luke M. Reilly (*pro hac vice*)
Eric Rotteveel (*pro hac vice)*
Cira Centre, 2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000 (Telephone)
(215) 994-2222 (Facsimile)
Email: jeffrey.edwards@dechert.com
luke.reilly@dechert.com
eric.rotteveel@dechert.com

*Attorneys for Defendants CVS Pharmacy, Inc. and Asembia, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,

Plaintiff,

v.

CVS PHARMACY, INC., a Rhode Island corporation; and ASEMBIA, LLC, a Delaware limited liability company,

Defendants.

**Case No. 2:24-cv-01590-JCM-NJK**

**JOINT STATUS REPORT REGARDING TEMPORARY STAY OF THE CASE TO FINALIZE SETTLEMENT**

Pursuant to the Court's August 21, 2025 Order, Dkt. No. 107, the Parties respectfully submit this Joint Status Report Regarding the Temporary Stay of the Case to Finalize Settlement.

The Parties have continued settlement discussions and exchanged numerous drafts of a proposed settlement agreement since the Court's August 21, 2025 Order. However, while the Parties are making progress towards resolution of the open issues in this dispute, the matter is not yet resolved. The Parties respectfully state that they plan to submit another joint status report in advance of the expiration of the stay of this litigation on September 4, 2025.

DATED this 28th day of August 2025.

**LEX TECNICA, LTD.**

/s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

**DECHERT LLP**

/s/ Chad R. Fears
JENNIFER INSLEY-PRUITT, ESQ.
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3653
Jennifer.insley-pruitt@dechert.com

EVANS FEARS SCHUTTERT MCNULTY MICKUS
Chad Fears
6720 Via Austi Parkway, Suite 300
Las Vegas, Nevada 89119
cfears@efsmmlaw.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of **JOINT STATUS REPORT REGARDING TEMPORARY STAY OF THE CASE TO FINALIZE SETTLEMENT** was served on counsel of record this 28th day of August, 2025, using the Court's CM/ECF System.

*/s/ Faith Radford*
An Employee of Evans Fears Schuttert McNulty Mickus