**LEX TECNICA, LTD.**
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
Phone: (725) 239-8413
chris@lextecnica.com
nick@lextecnica.com
scott@lextecnica.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADHERENCE d/b/a of MORISKY MEDICATION ADHERENCE RESEARCH LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CVS PHARMACY, INC., a Rhode Island corporation; and ASEMBIA, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.:   2:24-cv-01590-JCM-NJK<br><br>**STIPULATION AND DISMISSAL** |

The Parties, by and through their undersigned counsel, hereby stipulate as follows:

1. The Parties have reached a private, and confidential settlement agreement ("Agreement").

2. This matter is hereby dismissed pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, as follows:

- All claims and defenses of Plaintiff–Counterclaim Defendant Adherence are hereby dismissed *with prejudice*.

- Counterclaims Nos. 1-4 and Affirmative Defenses Nos. 3-8 of Defendant–Counterclaim Plaintiff CVS are hereby dismissed *without prejudice*, and

- Affirmative Defenses Nos. 1-2 of Defendant–Counterclaim Plaintiff CVS are hereby dismissed *with prejudice*.

- Counterclaims Nos. 1-4 and Affirmative Defenses Nos. 3-8 of Defendant–Counterclaim Plaintiff Asembia are hereby dismissed *without prejudice*, and Counterclaim No. 5 and Affirmative Defenses Nos. 1-2 of Defendant–Counterclaim Plaintiff Asembia are hereby dismissed *with prejudice*.

3. Each Party shall bear its own attorneys' fees, expenses, and costs in connection with this matter.

DATED this  12th day of September 2025.

**LEX TECNICA, LTD.**

/s/ F. Christopher Austin
F. CHRISTOPHER AUSTIN, ESQ.
Nevada Bar No. 6559
NICHOLAS R. ANDERSON, ESQ.
Nevada Bar No. 13815
SCOTT T. WHITWORTH, ESQ.
Nevada Bar No. 15671
10161 Park Run Drive, Suite 150
Las Vegas, Nevada 89145
*Attorneys for Plaintiff*

DATED this  9 th day of September 2025.

**DECHERT LLP**

/s/ Jennifer Insley-Pruitt
JENNIFER INSLEY-PRUITT, ESQ.
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
Telephone: (212) 698-3653
Jennifer.insley-pruitt@dechert.com
*Attorneys for Defendants CVS Pharmacy, Inc. and Asembia, LLC*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: September 15, 2925